# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**BANK OF AMERICA, N.A.**                                                          **PLAINTIFF**

**VS.**                               **4:17-CV-000320-BRW**

**RANDALL DREW,** *et al.*                                           **DEFENDANTS**

## ORDER

After reviewing the papers relevant to the Motion to File Complaint Under Seal, I see no reason to file the case in this manner; that is, I don't see any confidential information that might warrant an order to seal. Accordingly, the Motion (Doc. No. 2) is DENIED and the Clerk of the Court is directed to unseal the case.

IT IS SO ORDERED this 24th day of May, 2017.

                                                                /s/ Billy Roy Wilson
                                                                 UNITED STATES DISTRICT JUDGE